IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| TANIKA AMOS ) | |
| TIFFENY ANDERSON, ) | |
| DIANNA BOND, ) | |
| VERONICA BOYD, ) | |
| JOSEPHINE CAMERON ) | |
| CRYSTAL LARKIN, ) | |
| SHARONDA NIXON, ) | |
| TIFFANY PERKINS ) | |
| ROSALYN REESE ) | |
| BARBARA TURNER, AND ) | |
| SHIRLEY WASHINGTON ) | |
|                Plaintiffs ) | |
| ) | |
| V. ) | CAUSE NO. 3:12-CV-503-TSL-MTP |
| ) | |
| VIRGINIA COLLEGE, LLC; ) | |
| EDUCATION CORPORATION OF ) | |
| AMERICA; EDUCATION ) | |
| CORPORATION OF AMERICA, INC; ) | |
| AND JOHN DOES 1-50 ) | |
|                Defendants ) | |

## NOTICE OF SETTLEMENT

Plaintiffs hereby submit this Notice of Settlement to notify the Court that this lawsuit has been settled, and the arbitration proceedings closed.

This, the 20th day of March, 2013.

                                            Respectfully submitted,

                                            TANIKA AMOS
                                            TIFFENY ANDERSON,
                                            DIANNA BOND,
                                            VERONICA BOYD,
                                            JOSEPHINE CAMERON,
                                            CRYSTAL LARKIN,
                                            SHARONDA NIXON
                                            TIFFANY PERKINS
                                            ROSALYN REESE

                                          BARBARA TURNER, AND
                                        SHIRLEY WASHINGTON

By: /s/ Kenya R. Martin
     Kenya R. Martin, Esq.

By: /s/ Warren L. Martin, Jr.
     Warren L. Martin, Jr., Esq.

By: /s/ Paheadra B. Robinson
     Paheadra B. Robinson, Esq.

By: /s/ Whitney A. Barkley
     Whitney A. Barkley, Esq.

By: /s/ Courtney Choi
     Courtney Choi, Esq.

Of Counsel:
Kenya R. Martin, MSB #101527
KENYA R. MARTIN, LLC
5709 Highway 80 W
Jackson, Mississippi  39209
Phone:  (601) 923-1577
Fax:  (601) 923-1579

Warren L. Martin, Jr., MSB #101528
WARREN L. MARTIN, JR., P.A.
Post Office Box 1870
Jackson, Mississippi  39215
Phone:  (601) 918-8590
Fax:  (601) 944-1447

Paheadra B. Robinson, MSB #99124
Whitney A. Barkley, MSB #104034
Courtney Choi, MSB #104075
MISSISSIPPI CENTER FOR JUSTICE
Post Office Box 1023
Jackson, Mississippi  39215
Phone:  (601) 352-2269
Fax:  (601) 352-4769